**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alberto HERRERA–ARTEAGA, a.k.a. Alberto Herrera Arteaga, a.k.a. Juan A. Rita–Herrera, a.k.a. Juan Alberto Rita–Herrera, Defendant–Appellant.**

**Nos. 16–10493, 16–10494**

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Submitted September 26, 2017 *

OCTOBER 2, 2017

Erica McCallum, Assistant U.S., Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee.

Eric W. Kessler, Kessler Law Offices, Mesa, AZ, for Defendant-Appellant.

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Alberto Herrera–Arteaga appeals his guilty-plea conviction and 51–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326, and the revocation of supervised release and concurrent 18–month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Herrera–Arteaga's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Herrera–Arteaga the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on these direct appeals.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**